**\*FILING FEE PAID\***   (Yes)   No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Pletcher_____ JAD/TPA/CMB/(GLT)

Case Number: __20-20278__

Date of Meeting: __2/24/20__                          Recording # __23__
Debtor(s) present __✓__ or Not Present ____ (__ No Payments Made or __ partial payments)
Attorney for debtor(s) __Lowden_____ (Present ____ or Not Present __✓__)
Date of Plan at § 341: __1/23/20__ Applicable commitment period __(3 yrs)__ __5 yrs__

Payment sent $1680 on 2/19/20

*FILED 2020 MAR -2 A 10:02  CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

for info requested at 341 meeting

____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
                                                ____ Order to Show Cause Requested
                                                ____ To be rescheduled by Clerk

__✓__ Confirmation Order recommended ____ Final __✓__ Interim
____ Amended Plan due: _____; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
    __✓__ 341 Meeting    OR    ____ Conciliation Conf. OR    ____ *Contested Hearing
On __8/6/20__ at __11:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee