IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Daniel K. Pletcher | : | Bankruptcy No. 20-20278 GLT |
| Joani L. Pletcher | : | |
| Debtor | : | Chapter 13 |
| Daniel K. Pletcher | : | |
| Joani L. Pletcher | : | Related to Document No. 26 |
| Movant | : | |
| | : | |
| v. | : | |
| PNC Bank | : | |
| | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF LOSS MITIGATION ORDER**

I certify under penalty of perjury that I served or caused to be served the above captioned document on the parties at the addresses specified below or on the attached list on (date)  March 5, 2020

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

Served by Scott R. Lowden, 3948 Monroeville Blvd., Ste 2, Monroeville, PA 15146 (412) 374-7161

EXECUTED ON:  March 5, 2020

                                        Filed by: /s/ Scott R. Lowden
                                                Scott R. Lowden, Esq.
                                                PA I.D. 72116
                                                Nicotero & Lowden Legal Services
                                                3948 Monroeville Blvd., Ste 2
                                                Monroeville, PA 15146
                                                niclowlgl@comcast.net
                                                (412) 374-7161

Service by NEF:

| | |
|---|---|
| US Trustee<br>ustpregion03.pi.ecf@usdoj.gov | Ronda Winnecour, Trustee<br>cmecf@chapter13trusteewdpa.com |
| PNC Bank<br>James C. Warmbrodt, Esq.<br>jwarmbrodt@kmllawgroup.com | |

*If applicable, Per Rule 7004(h) Service on an insured depository instutuion "shall be mailed by certified mail addressed to an officer of the instutuion unless: (1) the instutuion has appeared by its attorney, in which case the attorney shall be served by first class mail". The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.