FILED
7/31/20 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Daniel K. Pletcher | : | Bankruptcy No. 20-20278 GLT |
| | Joani L. Pletcher | : | Chapter 13 |
| | Debtor | : | |
| | Daniel L. Pletcher | : | |
| | Joani L. Pletcher | : | Related to Document No. 26 & 36 |
| | Movant | : | |
| | | : | |
| v. | | : | |
| | | : | |
| | PNC Bank | : | |
| | Respondent | : | |

# ORDER

A *Loss Mitigation Order* dated  3-2-2020 , was entered in the above matter at Document No. 26.  The Loss Mitigation Period terminates on  7-21-20  pursuant to the Order.  On  7-21-20 , a ***Motion to Extend the Loss Mitigation Period*** was filed by   Daniel K. Pletcher and Joani L. Pletcher   at Document No.  36 .

AND NOW, this 31st Day of July           , 20 20 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is ***extended up to and including*** **September 21,  20 20 .**

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 20-20278-GLT
Daniel K. Pletcher                                                          Chapter 13
Joani L. Pletcher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas                  Page 1 of 1              Date Rcvd: Jul 31, 2020
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db/jdb         +Daniel K. Pletcher,   Joani L. Pletcher,   542 Bell Memorial Church Road,
                Latrobe, PA 15650-5906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
               Association bkgroup@kmllawgroup.com
              Joseph F. Nicotero    on behalf of Joint Debtor Joani L. Pletcher niclowlgl@comcast.net
              Joseph F. Nicotero    on behalf of Debtor Daniel K. Pletcher niclowlgl@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Joint Debtor Joani L. Pletcher niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Daniel K. Pletcher niclowlgl@comcast.net
              Thomas Song    on behalf of Creditor    PNC Bank, National Association pawb@fedphe.com
                                                                                             TOTAL: 9