Case 20-20278-GLT    Doc 40    Filed 08/11/20    Entered 08/11/20 14:22:45    Desc Main
Document    Page 1 of 1

FILED
8/11/20 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** DANIEL K. & JOANI L. PLETCHER
- **Case Number:** 20-20278-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 06, 2020 11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#6 - Final Confirmation of Plan Dated 1/23/2020 (NFC)
R / M #: 6 / 0

### Appearances:

- **Debtor:** Lowden
- **Trustee:** Winnecour / Pail / (Katz) / DeSimone
- **Creditor:**

LMP pending

### Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/14/21 at 11:30 AM.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/31/2020  11:40:29AM