FILED
10/1/20 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Daniel K. Pletcher | : | Bankruptcy No. 20-20278 GLT |
| | Joani L. Pletcher | : | Chapter 13 |
| | Debtor | : | |
| | Daniel L. Pletcher | : | |
| | Joani L. Pletcher | : | Related to Document No. 26 |
| | Movant | : | |
| | | : | Related to Docket No. 42 |
| v. | | : | |
| | | : | |
| | PNC Bank | : | |
| | Respondent | : | |

# ORDER

A *Loss Mitigation Order* dated  3-2-2020 , was entered in the above matter at Document No. 26.  The Loss Mitigation Period terminates on  9-21-20  pursuant to the Order.  On  9-21-20 , a *Motion to Extend the Loss Mitigation Period* was filed by   Daniel K. Pletcher and Joani L. Pletcher   at Document No.  42 .

AND NOW, this  1st Day of October , 20 20 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* **November 21,** 20 20 .

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 20-20278-GLT
Daniel K. Pletcher   Chapter 13
Joani L. Pletcher
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 2
Date Rcvd: Oct 01, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel K. Pletcher, Joani L. Pletcher, 542 Bell Memorial Church Road, Latrobe, PA 15650-5906 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Joani L. Pletcher, 542 Bell Memorial Church Road, Latrobe, PA 15650-5906 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Joseph F. Nicotero | on behalf of Joint Debtor Joani L. Pletcher niclowlgl@comcast.net |
| Joseph F. Nicotero | on behalf of Debtor Daniel K. Pletcher niclowlgl@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Joint Debtor Joani L. Pletcher niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Debtor Daniel K. Pletcher niclowlgl@comcast.net

Thomas Song
    on behalf of Creditor PNC Bank  National Association pawb@fedphe.com

TOTAL: 9