Case 20-20278-GLT    Doc 48    Filed 01/19/21    Entered 01/19/21 16:32:57    Desc Main
Document    Page 1 of 1

FILED
1/19/21 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** DANIEL K. & JOANI L. PLETCHER
**Case Number:** 20-20278-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 14, 2021 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#6 - Continued Confirmation of Plan Dated 1/23/2020 (NFC)
R / M #: 6 / 0

### Appearances:

Debtor: ~~Bowden~~ Nicotero
Trustee: Winnecour / Pail / Katz / DeSimone   Warmbrodt +
Creditor:

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11        Debtor consents to dismissal
3. ✓ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.

8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. ____ Contested Hearing: _____ at _____.
10. ____ Other: