FILED
1/19/21 4:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 20-20278-GLT |
| : | Chapter 13 |
| DANIEL K. PLETCHER : | |
| JOANI L. PLETCHER : | |
| Debtor(s). : | |
| : | |
| RONDA J. WINNECOUR, Trustee, : | |
| : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| DANIEL K. PLETCHER, : | |
| JOANI L. PLETCHER : | Hearing Date:  February 10, 2021 at 11:00 AM |
| Respondent(s). : | Response Date:  February 3, 2021 |

**NOTICE AND ORDER SCHEDULING HEARING
AND RESPONSE DEADLINE REGARDING MOTION OF THE
CHAPTER 13 TRUSTEE TO DISMISS CHAPTER 13 BANKRUPTCY CASE**

TO THE RESPONDENT(S), CREDITORS, AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED THAT the chapter 13 trustee made an oral motion (the "*Motion*") requesting the dismissal of this bankruptcy case.

YOU ARE FURTHER NOTIFIED THAT if you object to the dismissal of this bankruptcy case, you must file and serve upon the chapter 13 trustee a response to the *Motion* **by no later than February 3, 2021**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Honorable Gregory L. Taddonio as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, this bankruptcy case will be dismissed and no further hearing will be held.

YOU ARE FURTHER NOTIFIED THAT if a response is timely filed, a hearing will be held on February 10, 2021 at 11:00 A.M. before Judge Gregory L. Taddonio Via ZOOM in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

YOU ARE FURTHER NOTIFIED THAT to the extent the Court does not grant the *Motion*, it may conduct a hearing to consider confirmation of the Debtor(s)' *Chapter 13 Plan dated January 23, 2020* [Dkt. No. 6] at the same date and time as the hearing on the *Motion* without additional notice to the parties.

The Chapter 13 Trustee shall ***immediately*** serve this *Notice* on those persons and entities required to receive notice of the *Motion* pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of this Court, and file a certificate of service evidencing the same.

Dated:  January 19, 2021

GREGORY L. TADDONIO drb
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20278-GLT |
| Daniel K. Pletcher | Chapter 13 |
| Joani L. Pletcher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel K. Pletcher, Joani L. Pletcher, 542 Bell Memorial Church Road, Latrobe, PA 15650-5906 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Joseph F. Nicotero | on behalf of Debtor Daniel K. Pletcher niclowlgl@comcast.net |
| Joseph F. Nicotero | on behalf of Joint Debtor Joani L. Pletcher niclowlgl@comcast.net |
| Maria Miksich | on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com |

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden

on behalf of Joint Debtor Joani L. Pletcher niclowlgl@comcast.net

Scott R. Lowden

on behalf of Debtor Daniel K. Pletcher niclowlgl@comcast.net

Thomas Song

on behalf of Creditor PNC Bank  National Association pawb@fedphe.com

TOTAL: 11