Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daniel K. Pletcher** | : | Case No. 20−20278−GLT |
| **Joani L. Pletcher** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 49 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 4th of February, 2021,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-20278-GLT
Daniel K. Pletcher | Chapter 13
Joani L. Pletcher
 Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 309 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel K. Pletcher, Joani L. Pletcher, 542 Bell Memorial Church Road, Latrobe, PA 15650-5906 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15189134 | + | Allegheny County, 114 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 15189138 | + | EZ Pass, Customer Service Center, 300 E. Park Drive #2729, Harrisburg, PA 17111-2729 |
| 15189139 | + | First Data Leasing, PO Box 173845, Denver, CO 80217-3845 |
| 15189140 | + | First Data/Credit Collections, 725 Canton St., Norwood, MA 02062-2679 |
| 15189141 | + | KML Law Group, P.C., BNY Independence Center - Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15189142 | + | Lineberger & Blair, PO Box 90128, Harrisburg, PA 17109-0128 |
| 15189143 | + | Marilyn Gault, 231 South Main St., #402, Greensburg, PA 15601-3115 |
| 15189144 | + | PA Turnpike Commission, PO Box 67676, Harrisburg, PA 17106-7676 |
| 15189147 | + | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 15189145 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15189152 | + | Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15189153 | + | Pucin, 1699 East Woodfield Rd., Suite 360 A, Schaumburg, IL 60173-4935 |
| 15189154 | + | Scott Learn, DMD, 5927 State Rt 981, Suite 1, Latrobe, PA 15650-2688 |
| 15189157 | + | Toyota Motor Leasing, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 15189159 | + | Westmoreland County, 2 North Main Street, Suite 303, Greensburg, PA 15601-2405 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 02:35:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | EDI: PRA.COM | Feb 05 2021 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15189135 | | Email/Text: dbeer@beavercountypa.gov | Feb 05 2021 02:35:00 | Beaver County, 810 3rd Street, Beaver, PA 15009 |
| 15189136 | + | EDI: COMCASTCBLCENT | Feb 05 2021 04:08:00 | Comcast/Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |
| 15189137 | | EDI: DISCOVER.COM | Feb 05 2021 04:08:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 15200482 | | EDI: AIS.COM | Feb 05 2021 04:03:00 | First Data Global Leasing, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15189146 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 02:35:00 | PNC, PO Box 856177, Louisville, KY 40285 |
| 15219263 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 02:35:00 | PNC BANK, N.A., Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 15189149 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 02:35:00 | PNC Bank, 2730 Liberty Ave., Pittsburgh, PA 15222 |
| 15189148 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 02:35:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 15220133 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 309 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 05 2021 02:35:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15189150 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 02:35:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15225993 | + | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 02:35:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland OH 44101-4982 |
| 15189151 | | EDI: PRA.COM | Feb 05 2021 04:08:00 | Portfolio Recovery Assoc., 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15202101 | | EDI: PRA.COM | Feb 05 2021 04:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15214767 | | EDI: PENNDEPTREV | Feb 05 2021 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15214767 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 05 2021 02:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15189155 | | EDI: NEXTEL.COM | Feb 05 2021 04:08:00 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 15222761 | | EDI: NEXTEL.COM | Feb 05 2021 04:08:00 | Sprint Corp, PO BOX 7949, OVERLAND PARK, KS 66207-0949 |
| 15189468 | + | EDI: RMSC.COM | Feb 05 2021 04:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15189156 | + | EDI: RMSC.COM | Feb 05 2021 04:08:00 | Synchrony Bank/JCPenney, PO Box 960090, Orlando, FL 32896-0090 |
| 15196556 | | EDI: BL-TOYOTA.COM | Feb 05 2021 04:08:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15218178 | | EDI: USBANKARS.COM | Feb 05 2021 04:03:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15189158 | | EDI: USBANKARS.COM | Feb 05 2021 04:03:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | PNC Mortgage, A Division Of Pnc Bank, National Ass |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division Of Pnc Bank, National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Joseph F. Nicotero | on behalf of Joint Debtor Joani L. Pletcher niclowlgl@comcast.net |
| Joseph F. Nicotero | on behalf of Debtor Daniel K. Pletcher niclowlgl@comcast.net |
| Maria Miksich | on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor Daniel K. Pletcher niclowlgl@comcast.net |
| Scott R. Lowden | on behalf of Joint Debtor Joani L. Pletcher niclowlgl@comcast.net |
| Thomas Song | on behalf of Creditor PNC Bank  National Association pawb@fedphe.com |

TOTAL: 11