**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL K. PLETCHER<br>JOANI L. PLETCHER<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:20-20278 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 01/24/2020  and confirmed on 03/02/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,968.65 |
| Less Refunds to Debtor | 2,000.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,968.65 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,429.24 | |
| 　Trustee Fee | 1,320.44 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,749.68 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　PNC BANK NA | 0.00 | 12,146.71 | 0.00 | 12,146.71 |
| 　　Acct: 7626 | | | | |
| 　PNC BANK NA | 0.00 | 5,072.26 | 0.00 | 5,072.26 |
| 　　Acct: 6017 | | | | |
| 　PNC BANK NA | 3,006.31 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 7626 | | | | |
| 　PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6017 | | | | |
| 　PNC BANK NA | 15,722.16 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6017 | | | | |
| | | | | 17,218.97 |
| **Priority** | | | | |
| 　SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　DANIEL K. PLETCHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　NICOTERO & LOWDEN PC | 3,000.00 | 1,429.24 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| NICOTERO & LOWDEN PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 1,250.97 | 0.00 | 0.00 | 0.00 |
| Acct: 0895 | | | | |
| DANIEL K. PLETCHER | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY COUNTY DEPT OF COURT RE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BEAVER COUNTY COURT OF COMMON PL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EZ PASS CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST DATA GLOBAL LEASING BY AMERIC | 655.30 | 0.00 | 0.00 | 0.00 |
| Acct: -000 | | | | |
| FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LINEBARGER GOGGAN BLAIR & SAMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARILYN GAULT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 19,556.41 | 0.00 | 0.00 | 0.00 |
| Acct: 2715 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROFESSIONAL ACCOUNT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF PUCIN AND FRIEDLAND P | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SCOTT LEARN DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP** | 944.92 | 0.00 | 0.00 | 0.00 |
| Acct: 7796 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,598.33 | 0.00 | 0.00 | 0.00 |
| Acct: 4579 | | | | |
| TOYOTA MOTOR CREDIT CORP | 4,552.76 | 0.00 | 0.00 | 0.00 |
| Acct: 2389 | | | | |
| US BANK NA** | 1,733.31 | 0.00 | 0.00 | 0.00 |
| Acct: 8819 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4579 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WESTMORELAND COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA TURNPIKE COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 46.65 | 0.00 | 0.00 | 0.00 |
| Acct: 0895 | | | | |

| 20-20278 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LLP | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   S JAMES WALLACE ESQ** | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 17,218.97 |
| TOTAL CLAIMED | | |
| PRIORITY | 1,250.97 | |
| SECURED | 18,728.47 | |
| UNSECURED | 29,087.68 | |

Date: 04/08/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com